HENRY C. SCHNEIDAWIND, Appellant, v. MARION SCHNEIDAWIND, an Infant, by HELEN VOGEL, her Guardian ad Litem, Respondent.— In this action for absolute divorce, judgment in favor of the defendant and against the plaintiff, dismissing the complaint on the merits, reversed on the facts, without costs, and a new trial granted. For the purposes of a new trial all findings of fact and conclusions of law are reversed and disapproved. Appeal from the decision dismissed, without costs. In our opinion, the findings in favor of the defendant are against the weight of evidence. Hagarty, Acting P. J., Carswell, Aldrich and Nolan, JJ., concur; Adel, J., concurs for reversal of the judgment, but dissents as to granting a new trial, with the following memorandum: On the record presented there should not only be reversal of the judgment dismissing the complaint, but pursuant to the provisions of subdivision 2 of section 584 of the Civil Practice Act, the plaintiff should have judgment as prayed for. I so vote.

ABRAHAM WEINRIB, Respondent-Appellant, v. AMERICAN BINDER CO., INC., et al., Appellants-Respondents.— In an action to recover for overtime compensation and for a share of profits, order granting examination of defendants before trial modified by striking items 43 and 44 from the second decretal paragraph; by striking the words "tax reports and returns" from item (c) of the third decretal paragraph, and by adding to the second decretal paragraph items 35 and 37, as they appear in the order to show cause. As thus modified, the order, insofar as appealed from, is affirmed, without costs, the examination to proceed on five days' notice. No opinion. The appeal from the portion of the order denying plaintiff's motion for a general discovery and inspection, without prejudice to a renewal, is dismissed, without costs. In that respect the order is not appealable. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.